IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JORDAN C. COTNER                                                                                           PLAINTIFF

v.                                              Civil No. 6:23-cv-6033

JAIL ADMINISTRATOR FRED PHILLIPS
and SERGEANT MAHER                                                                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 3, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Bryant recommends that Plaintiff's claims be dismissed for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915A(b)(1).

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 7) *in toto*. Accordingly, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g). The Clerk is directed to place a § 1915(g) strike flag on this case for future judicial consideration. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED**, this 25th day of May, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge